**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 97-7061**

———————————

PATRICK WILSON,

Plaintiff - Appellant,

versus

JOHN LAMBERT; FLORENCE COUNTY DETENTION
CENTER,

Defendants - Appellees.

———————————

**No. 97-7312**

———————————

PATRICK WILSON,

Plaintiff - Appellant,

versus

JAMES C. GREGG, Sheriff of Florence County,
"solely in his individual capacity,"

Defendant - Appellee.

Appeals from the United States District Court for the District of South Carolina, at Florence.  David C. Norton, District Judge. (CA-96-662-4-18BE, CA-97-611-4-18BE)

Submitted:  January 6, 1998          Decided:  January 22, 1998

Before WILLIAMS and MICHAEL, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Patrick Wilson, Appellant Pro Se.  Robert Thomas King, WILCOX, MCLEOD, BUYCK & WILLIAMS, P.A., Florence, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

   Appellant appeals from the district court's orders denying relief on his 42 U.S.C. § 1983 (1988) complaint.  We have reviewed the records and the district court's opinions and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  <u>See</u> <u>Wilson v. Lambert</u>, No. CA-96-662-4-18BE (D.S.C. July 15, 1997); <u>Wilson v. Gregg</u>, No. CA-97-611-4-18BE (D.S.C. Aug. 29, 1997).[*]  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

   [*] Although the district court found that Wilson failed to timely object to the magistrate judge's report in the action against Lambert, we do not rely on waiver as a ground for our affirmance.

3